UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH MCDAY,

                    Plaintiff,

            -v-

CITY OF NEW YORK, *et al.*,

                    Defendants.

25-CV-2265 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On February 27, 2026, this Court dismissed Plaintiff Keith McDay's complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 59.)  Because of McDay's pro se status and the special solicitude afforded to such litigants, the Court granted McDay leave to file a proposed amended complaint within thirty days of the Opinion and Order, to the extent that he could cure the factual deficiencies in his claims. (*Id*. at 15.)  The Court then granted McDay's request for an extension of time to file an amended complaint on or by April 5, 2026.  (ECF No. 62.)  The Court has received no such proposed amended complaint, nor any further communication from McDay, and thus determines that the entry of final judgment for Defendants is proper.

The Clerk of Court is directed to enter judgment of dismissal, to close this case, and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: April 8, 2026
       New York, New York

_____
            J. PAUL OETKEN
       United States District Judge