**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 KEITH MCDAY,

                                    Plaintiff,

          -against-                                                          25 **CIVIL** 2265 (JPO)

                                                                            **JUDGMENT**

CITY OF NEW YORK, et al.,

                                    Defendants.
------------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated February 27, 2027 and Order dated April 8, 2026,

the City Defendants' motion to dismiss is GRANTED with prejudice and the Center Defendants'

motion to dismiss is GRANTED with prejudice as to the § 1983 conspiracy claim and without

prejudice to refiling in state court as to the state law claims; accordingly, the case is closed.

**Dated:** New York, New York

          April 9, 2026

                                                            **TAMMI M. HELLWIG**
                                                    _____
                                                            **Clerk of Court**


                                    **BY:**
                                            _____
                                                    **Deputy Clerk**